| | |
|---|---|
| 1 | DAVID N. BARRY, ESQ. (SBN 219230) |
| 2 | **THE BARRY LAW FIRM** |
| 3 | 11845 W. Olympic Blvd., Suite 1270 |
|   | Los Angeles, CA 90064 |
| 4 | Telephone: 310.684.5859 |
|   | Facsimile: 310.862.4539 |
| 5 | |

*Dated: 1/21/2021*
*Granted. The Clerk shall close the file.*

GRANTED
Judge Thomas S. Hixson

Attorneys for Plaintiffs, BRYAN WALKER and CHERIE WALKER

MARY LYNN ARENS, ESQ. (SBN 282459)
NATHANIEL R. COWDEN, ESQ. (SBN 314983)
**THE ERSKINE LAW GROUP, PC**
1576 N. Batavia St., Suite A
Orange, CA 92867
Tel: (949) 777-6032
Fax: (949) 916-1152

Attorneys for Defendant, GENERAL MOTORS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WALKER, an individual; CHERIE WALKER, an individual, <br><br>            Plaintiffs, <br>    v. <br><br>GENERAL MOTORS, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, <br><br>            Defendants. | Case No. 3:19-cv-02526-TSH <br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** <br><br>*Assigned to the Hon. Magistrate Judge Thomas S. Hixson* <br><br>Action Filed: April 2, 2019 <br>Trial Date: None Set |

Plaintiffs Bryan Walker and Cherie Walker and Defendant General Motors, LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

1. WHEREAS the parties agree that the matters in dispute between Plaintiffs and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, by and through their attorneys of record, that the above-entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

**IT IS SO STIPULATED.**

DATED: January 20, 2021          THE BARRY LAW FIRM

                                 By:   /s/ *David N. Barry*
                                       David N. Barry
                                       Attorney for Plaintiffs,
                                       BRYAN WALKER and CHERIE WALKER


DATED: January 20, 2021          THE ERSKINE LAW GROUP, PC

                                 By:   /s/ *Nathaniel R. Cowden*_____
                                       Mary Lynn Arens
                                       Nathaniel R. Cowden
                                       Attorney for Defendants,
                                       GENERAL MOTORS, LLC

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2021, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

            /s/ *David N. Barry*
            David N. Barry
            Attorney for Plaintiffs,
            BRYAN WALKER and
            CHERIE WALKER